IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL LAMAR HILL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:23cv614-MHT |
| | ) | (WO) |
| **RICK CHANCEY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL ORDER

Upon consideration of plaintiff's motion to dismiss this complaint as a duplicate action (Doc. 12), which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is ORDERED that this case is dismissed without prejudice, with no costs taxed.

It is further ORDERED that all pending motions are denied as moot.

This case is closed.

DONE, this the 12th day of February, 2024.

                                             /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**